ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2015 MAR 30 AM 9: 49
CLERK____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| JOHNNIE SHAFFER, JR., | ) |
| Plaintiff, | ) |
| v. | ) CV 314-114 |
| JASON MEDLIN, Warden; MIKE QUINN, Warden of Care and Treatment; FNU HAMILTON, Unit Manager; and MELODY TURNER, CEO of Corrections Corporation of America, | ) |
| Defendants. | ) |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** Plaintiff's amended complaint without prejudice for failure to exhaust administrative remedies, and **CLOSES** this civil action.

SO ORDERED this 30th day of March, 2015, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE